1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JURIST,<br><br>                    PLAINTIFF,<br>V.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC.<br><br>                    DEFENDANTS. | CASE NO:2:15-CV-02033-WBS-KJN<br><br>**ORDER RE PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE**<br><br>**Date: February 1, 2016**<br>**Time: 2:00 p.m.**<br>**Courtroom: 5** |

1

2   Plaintiff Douglas Jurist, by and through his attorney's of record have
3 requested to appear by telephone at the Scheduling Conference set to occur on
4 February 1, 2016 at 2:00 p.m.

5   For good cause shown: IT IS HEREBY ORDERED that:

6   Plaintiff's attorney David McGlothlin can appear by telephone at the
7 Scheduling Conference set to occur on February 1, 2016 at 2:00 p.m.

8   That the Courtroom Deputy shall email counsel with instructions on how to
9 participate in the telephone conference call.

10   IT IS SO ORDERED

11

12

13 Dated:  January 27, 2016

14 _____
    WILLIAM B. SHUBB
15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27