UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JURIST,<br><br>                Plaintiff,<br><br>  vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>                Defendant. | CASE NO. 2:15-CV-02033-WBS-KJN<br><br>**ORDER RE DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE AT STATUS/PRETRIAL SCHEDULING CONFERENCE**<br><br>Date: February 1, 2016<br>Time: 2:00 pm<br>Courtroom: 5 |

///
///
///
///
///
///
///
///
///

-1-
PROPOSED ORDER RE REQUEST TO APPEAR TELEPHONICALLY

Defendant Receivables Performance Management, LLC has requested to appear telephonically for the Status/Pretrial Scheduling Conference scheduled for February 1, 2016, at 2:00 p.m., in Courtroom 5 of the above-captioned court.

The Court hereby ORDERS:

That Defendant Receivables Performance Management, LLC can appear by phone at the Status/Pretrial Scheduling Conference on February 1, 2016 at 2:00 pm.

That the Courtroom Deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**

Dated:  January 27, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I the undersigned, certify and declare that I am over the age of 18 years, and am an employee of Gordon & Rees LLP, 2211 Michelson Drive, Suite 400, Irvine, California 92612.

On **January 27, 2016** and pursuant to FRCP 5(b), I served a true and correct of the foregoing **[PROPOSED] ORDER RE DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE AT STATUS/PRETRIAL SCHEDULING CONFERENCE** on the parties below by E-Service via the Court's CM/ECF filing system addressed as follows to:

| | |
|---|---|
| Joshua B. Swigart, Esq.<br>David J. McGlothlin, Esq.<br>Sara F. Khosroabadi, Esq.<br>Hyde & Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>(619) 233-7770<br>Fax (619) 297-1022<br>josh@westcoastlitigation.com<br>david@westcoastlitigation.com<br>sara@westcoastlitigation.com | *Attorneys for Plaintiff*<br>*Douglas Jurist* |

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2016, at Irvine, California.

_____
Leslie M. Handy