UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JURIST,<br><br>                    PLAINTIFF,<br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>                    DEFENDANT. | CASE NO: 2:15-CV-02033-WBS-KJN<br><br>**ORDER TO STAY** |

Pursuant to the Parties' stipulation and for good cause shown:

IT IS HEREBY ORDERED:

1) A stay is granted in order for the parties to participate in arbitration.
2) The Clerk is instructed to administratively close the file, subject to its being reopened upon the motion of either party if the matter is not resolved through arbitration.

Dated: April 4, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE