# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Jurist,<br><br>    Plaintiff,<br><br>    V.<br><br>Receivables Performance Management, LLC<br><br>    Defendant. | **CASE NO**: 2:15-CV-02033-WBS-KJN<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Parties' stipulation and for GOOD CAUSE shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 26, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE